IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LADCO GP, LLC | § § | |
| vs. | § § | C. A. NO. H – 09 – 668 |
| TRANSTAR ONE AND ASSOCIATES, INC., *et al.* | § § § | |

*O R D E R*

This action is dismissed with prejudice. Each party shall pay its own costs.

Signed at Houston on _September 8_, 2010.

SIM LAKE
UNITED STATES DISTRICT JUDGE